UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

RAD WOOD PRODUCTS, LLC                    §
                                          §
                    Plaintiff,            §
                                          §         CIVIL ACTION NO.: 3:24-CV-01028-RDM
V.                                        §
                                          §
GALLEGOS CARROCERIAS GALLEGOS SA DE CV    §
                    Defendant.            §

## AFFIDAVIT OF SERVICE

"The following came to hand on Aug 12, 2024, 6:15 pm,

### SUMMONS AND COMPLAINT,

and was executed at 101 BLUE RIDGE PKWY, LAREDO, TEXAS 78045 within the county of WEBB at 1:18 P.M. on AUGUST 13, 2024, by delivering a true copy to the within named

### JESUS GARZA, LEGAL & COMPLIANCE EMPLOYEE FOR GALLEGOS CARROCERIAS GALLEGOS SA DE CV C/O GALLEGOS TRAILERS, INC.

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct.

My name is **Roberto Flores,** my date of birth is **January 26, 1968,** and my address is **112 Lagos Ave, Laredo, TX 78045,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **WEBB** County, State of **TEXAS,** on **August 13, 2024.**

**Roberto Flores**
**Certification Number: PSC-19258**
**Certification Expiration: 12/31/2024**