# Buchanan

**Gerald E. Burns**
215 665 5360
gerald.burns@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

May 5, 2025

**VIA ECF**

Honorable Robert D. Mariani
United States District Court for the
Middle District of Pennsylvania
William J. Nealon Federal Building
235 N. Washington Avenue
Scranton, PA 18503

      Re:  RAD Wood Products v. Gallegos Carrocerias Gallegos SA DE CV,
           Civil Action No. 3:24-cv-1028

Dear Judge Mariani:

    We represent the Plaintiff, RAD Wood Products, LLC ("RAD Wood") in the above-captioned case. I write in reference to RAD Wood's pending Motion for Default Judgment.

    RAD Wood filed its Complaint in this case on June 21, 2024. On September 26, 2024, the Clerk entered a default against defendant, Gallegos Carrocerias Gallegos SA DE CV ("Gallegos"), for failure to file an answer and/or otherwise plead, pursuant to Federal Rule of Civil Procedure 55(a). *See* Dkt. No. 6.

    On January 7, 2025, RAD Wood filed a Motion for Default Judgment. *See* Dkt. No. 9. On February 13, 2025, an attorney not licensed in Pennsylvania or this Court sent a letter to the Court objecting to service of process on Gallegos. We have not responded to these unsworn and unsubstantiated objections because an Affidavit is on file in this case demonstrating that process was properly served on Gallegos. *See* Affidavit of Service, Dkt. No. 4.

May 5, 2025
Page - 2 -

      Should the Court require more evidence regarding service of process on Gallegos or RAD Wood's Motion for Default Judgment, we are prepared to present such evidence to the Court at a hearing.

                                              Respectfully,

                                              Gerald E. Burns

GEB/djk

cc: Jose Octavio Gaona Gonzela, Esquire (via email - ogaona@interlps.com)